No. 19,388.

JOSEPH HENRY, *Appellee*, v. THE MISSOURI, KANSAS & TEXAS RAILWAY COMPANY, *Appellant*.

Appeal from Crawford district court; ANDREW J. CURRAN, judge. Opinion filed July 7, 1914. Affirmed.

*W. W. Brown, James W. Reid*, both of Parsons, and *D. H. Woolley*, of Girard, for the appellant.

*C. A. McNeill*, of Columbus, and *C. S. Denison*, of Pittsburg, for the appellee.

*Per Curiam:* This case involves the same questions as one which has just been decided, and is affirmed for the same reasons. (*Henry v. Railway Co.*, ante, p. 1017.)